﻿Citation Nr: AXXXXXXXX
Decision Date: 10/30/20 Archive Date: 10/30/20

DOCKET NO. 190518-10881
DATE: October 30, 2020

ORDER

Service connection for bilateral hearing loss is dismissed.

FINDING OF FACT

The Board lacks jurisdiction under the AMA to review the merits of the appeal for service connection for bilateral hearing loss.

CONCLUSION OF LAW

The criteria for dismissal of the issue of service connection for bilateral hearing loss have been met. 38 U.S.C. §§ 7104, 7105; 38 C.F.R. §§ 20.104, 20.205.

REASONS AND BASES FOR FINDING AND CONCLUSION

Dismissal of Appeal

The Board may dismiss any appeal which fails to allege specific error of fact or law in the determination being appealed. 38 U.S.C. § 7105. The August 2018 RAMP rating decision denied service connection for bilateral hearing loss, a right hip condition, and a low back disability. In September 2018, the Veteran was notified of the decision. In November 2018, the Veteran submitted a RAMP Opt-in election form for the issues of service connection for a right hip disability and lower back disability and selected hearing review. (In September 2020, the Board adjudicated those issues). 

In May 2019, the Veteran submitted a VA Form 10182 Decision Review Request: Board Appeal (Notice of Disagreement) but did not specify the issue or issues that he wanted to appeal or identify the rating decision. It appears that the AOJ assumed that the Veteran wanted to appeal the issue of service connection for bilateral hearing loss because it was adjudicated in the August 2018 rating decision but was not referenced in the November 2018 RAMP Opt-in election form.

Because the Veteran’s intention when filing the May 2019 VA Form 10182 was unclear, the Board sent a July 2020 letter to the Veteran and representative advising him that additional information was needed before his request could be processed and asking him to identify the issues he wanted to appeal and to complete a new VA Form 10182 within 60 days of the date of the letter. The Board specifically advised the Veteran that his appeal could not be reviewed until a new VA Form 10182 was received. The Board specifically wrote that the previous form would not be processed if he did not submit a new form. No response from the Veteran or the representative was received during the 60-day period. 

(Continued on the next page)

 

As there is no jurisdictional-conferring notice of disagreement with the denial of service connection for hearing loss, the Board lacks jurisdiction to review the merits of the issue of service connection for bilateral hearing loss; therefore, this issue be dismissed as a matter of law.

 

 

J. PARKER

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board C. Ferguson, Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.